# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVIN HOUSE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CASE NO.   15-88-SCW |
| | ) |
| **DEBORAH ISAACS, LARSON, WEXFORD MEDICAL COMPANY, SALVADOR A. GODINEZ, and TORRY WOJATOWICZ,** | ) |
| | ) |
| Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

Defendants **WEXFORD MEDICAL COMPANY** and **SALVADOR A. GODNIEZ** were dismissed with prejudice on March 3, 2015 by on Order entered by Chief Judge Michael J. Reagan (Doc. 12).

Defendant **LARSON** was granted summary judgment and all claims dismissed without prejudice by an Order entered by Chief Judge Michael J. Reagan on November 30, 2015 (Doc. 45).

The remaining claims were dismissed with prejudice for failure to prosecute by an Ordered entered by Magistrate Judge Stephen C. Williams on January 4, 2016 (Doc. 50).

THEREFORE, judgment is entered in favor of Defendants **DEBORAH ISAACS, LARSON, WEXFORD MEDICAL COMPANY, SALVADOR A. GODNIEZ** and **TORRY WOJATOWICZ** and against Plaintiff **KEVIN HOUSE.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under

Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

      **DATED** this 4th day of January, 2016

                                      **JUSTINE FLANAGAN, ACTING CLERK**

                                      **BY:** *_/s/ Angela Vehlewald_*
                                              **Deputy Clerk**

**Approved by** *_/s/ Stephen C. Williams_*
            **United States Magistrate Judge**
                **Stephen C. Williams**